JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| BIONCA WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC. a Foreign Corporation, doing business as SMITH'S; DOE STORE MANAGER I through X; DOE STORE EMPLOYEE I through X; DOE LANDOWNER I through X; DOE PROPERTY MANAGER I through X; DOE MAINTENANCE EMPLOYEE I through X; ROE OWNER XI through XX; ROE LANDOWNER XI through XX; ROE COMPANY XI through XX; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, joint and severally,<br><br>Defendants. | Case No. 2:22-cv-01179-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>**ECF No. 18** |

WHEREAS, the parties and their respective counsel have agreed upon a full and final settlement of this case and all claims contained in the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between DAVID FINEGOLD, ESQ. of the law firm BIGHORN LAW, Attorneys for Plaintiff BIONCA WALKER, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

/ / /

/ / /

/ / /

1       1.    That all claims herein of Plaintiff BIONCA WALKER against Defendant SMITH'S

2  FOOD & DRUG CENTERS, INC. and all other Defendants, be dismissed with prejudice, each party

3  to bear their own attorney's fees and costs.

4       2.    That any other pending deadlines or filing dates be vacated.

5      DATED this 11th day of January, 2023.

6  BIGHORN LAW            COOPER LEVENSON, P.A.

7  /s/ David Finegold           /s/ Jerry S. Busby
   DAVID FINEGOLD, ESQ.       JERRY S. BUSBY, ESQ.

8  Nevada Bar No. 15220        Nevada Bar No. 001107
   3675 West Cheyenne Avenue - #100  3016 West Charleston Blvd. #195

9  North Las Vegas, Nevada 89032   Las Vegas, Nevada  89102
   (702) 333-1111          (702) 366-1125

10 Attorneys for Plaintiff         Attorneys for Defendant
   BIONCA WALKER         SMITH'S FOOD & DRUG CENTERS, INC.

11

12

13                  **ORDER**

14     Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY

15  ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.

16  The Clerk of Court is directed to CLOSE THIS CASE.

17

18                  _____

19                  UNITED STATES DISTRICT COURT JUDGE
                     DATED: **1-12-23**

20

21

22

23

24

25

26

27

28

CLAC 7270607.1